IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EAGLE COVE CAMP & CONFERENCE CENTER INC.,
a Wisconsin non-stock corporation; ARTHUR G. JAROS, JR.,
individually and as co-trustee of the Arthur G. Jaros, Sr. and
Dawn L. Jaros Charitable Trust, and as trustee of the Arthur
G. Jaros, Sr. Declaration of Trust, and as trustee of the Dawn
L. Jaros Declaration of Trust; WESLEY A. JAROS, as co-trustee
of the Arthur G. Jaros, Sr. and Dawn L. Jaros Charitable Trust;
RANDALL S. JAROS, individually and as co-trustee of the
Arthur G. Jaros, Sr. and Dawn L. Jaros Charitable Trust;
CRESCENT LAKE BIBLE FELLOWSHIP, a Wisconsin
non-stock corporation; and KIM WILLIAMSON,

                Plaintiffs,                JUDGMENT IN A CIVIL CASE

v.                                            Case No. 10-cv-118-wmc

TOWN OF WOODBORO, Wisconsin, a body corporate and
politic; COUNTY OF ONEIDA, Wisconsin, a body corporate;
and ONEIDA COUNTY BOARD OF ADJUSTMENT,

                Defendants.

---

This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Town of Woodboro, Wisconsin, County of Oneida, Wisconsin, and Oneida County Board of Adjustment granting defendants' motions for summary judgment and dismissing all of plaintiffs' federal claims, both statutory and constitutional, and dismissing plaintiffs' Wisconsin Constitution Article I, Section 18 claim.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing plaintiffs' remaining state law certiorari review claim without prejudice, the court having declined to exercise supplemental jurisdiction over it.

_____                2/5/13
Peter Oppeneer, Clerk of Court              Date