IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
File Number 10-CV-118

EAGLE COVE CAMP & CONFERENCE CENTER, INC., )
   a Wisconsin non-stock corporation, )
)
ARTHUR G. JAROS, JR., individually, and as Co-trustee )
   of the Arthur G. Jaros, Sr. and Dawn L. Jaros )
   Charitable Trust, and as Trustee of the Arthur G. )
   Jaros, Sr. Declaration of Trust, and as Trustee of )
   the Dawn L. Jaros Declaration of Trust, )
)
WESLEY A. JAROS, as Co-trustee of the Arthur G. Jaros, )
   Sr. and Dawn L. Jaros Charitable Trust, )
)
RANDALL S. JAROS, individually, and as Co-trustee )
   of the Arthur G. Jaros, Sr. and Dawn L. Jaros )
   Charitable Trust, )
)  NOTICE OF APPEAL
CRESCENT LAKE BIBLE FELLOWSHIP, )
   a Wisconsin non-stock corporation, )
)
   and )
)
KIM WILLIAMSON, )
)
         Plaintiffs, )
)
   v. )
)
TOWN OF WOODBORO, Wisconsin, a body corporate )
   and politic, )
)
   and )
)
COUNTY OF ONEIDA, Wisconsin, a body corporate )
)
   and )
)
ONEIDA COUNTY BOARD OF ADJUSTMENT, )
)
         Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs in the above captioned proceeding hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order issued and entered on the docket in this civil action on the 11th day of August 2016, denying Plaintiffs' F.R.Civ.P. 54(b) and 60(b) motions.

Dated: August 17, 2016

_____

Arthur G. Jaros, Jr., Esq.
The Law Office of Arthur G. Jaros, Jr.
1200 Harger Road
Suite 830
Oak Brook, Illinois 60523
630-574-0525 x103
agjlaw@earthlink.net

*Attorney for all Plaintiffs*